[Criminal No. 709.  Filed February 24, 1930.]

[284 Pac. 1118.]

RAFAEL CHAVEZ, Appellant, v. STATE, Respondent.

Mr. Thomas D. Derry, for Appellant.

The Attorney General, for the State.

PER CURIAM.—From a conviction of assault with a deadly weapon, this appeal is prosecuted by appellant. The record was filed in this court August 14th, 1929, and nothing more has been done.

We have examined the record for fundamental error, and, finding none, the judgment is affirmed.